EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Violent Crime Section

EDRIC M. CHING #6697
Assistant U.S. Attorney
Room 6-100 PJKK, Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail: Edric.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR - 4 2004

at ___ o'clock and ___ min. ___ M
WALTER A. Y. H. CHINN, CLERK

**LODGED**

MAR 0 3 2004

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    vs.<br><br>MARVIN LYNN TOLIRO,<br><br>         Defendant. | MAG. NO. 04-192 BMK<br><br>**ORDER FOR DISMISSAL** |

ORDER FOR DISMISSAL

   Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Complaint against MARVIN LYNN TOLIRO in the interests of justice.

The defendant is not in custody on the dismissed charge listed above.

DATED: Honolulu, Hawaii, _March 3, 2004_.

EDWARD H. KUBO, JR.
UNITED STATES ATTORNEY
District of Hawaii

By _/s/ Edric M. Ching_
EDRIC M. CHING
Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

**BARRY M. KURREN**
UNITED STATES MAGISTRATE JUDGE

U.S.A. v. Marvin Lynn Toliro
MAG NO. 04-192 BMK
"Order for Dismissal"